E-Filing

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
GORDON D. McAULEY - 99932
COURTNEY M. COATES - 203448
333 Market Street, 21st Floor
San Francisco, CA 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
gmcauley@hansonbridgett.com

05 MAY 31 PM 1:33

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendants
MENLO WORLDWIDE FORWARDING, INC. fka
EMERY WORLDWIDE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVENTIS PHARMACEUTICALS, INC., AVENTIS PASTEUR INC. and AVENTIS PASTEUR LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>EMERY WORLDWIDE, a CNF company; EMERY CUSTOM SERVICES; EMERY OCEAN SERVICES; MENLO WORLDWIDE FORWARDING, INC. fka EMERY AIR FREIGHT CORPORATION or EMERY FORWARDING; EMERY WORLDWIDE AIRLINES, INC., and DOES 1 through 20,<br><br>Defendants. | No. C-04-5028 VRW<br><br>[PROPOSED] **ORDER PURSUANT TO STIPULATION ALLOWING FILING OF THIRD PARTY COMPLAINT** |

Pursuant to the Stipulation of the parties filed on May 31, 2005, it is ordered that the Third Party Summons and Complaint of Third Party Plaintiff MENLO WORLDWIDE FORWARDING, INC. fka EMERY WORLDWIDE, against Third Party Defendants AIR FRANCE-KLM and AIR FRANCE, shall be accepted for filing by the Clerk of this Court.

DATED: _____, 2005

_____
VAUGHN R. WALKER
United States District Chief Judge