E-Filing

1  GEORGE W. NOWELL (SBN: 83868)
     george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
     paul.arenas@nowelllaw.com
3  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
4  San Francisco, CA 94104
   Telephone: (415) 362-1333
5  Facsimile: (415) 362-1344
   Attorneys for Plaintiffs:
6  AVENTIS PHARMACEUTICALS INC.,
   AVENTIS PASTEUR INC. and
7  AVENTIS PASTEUR LIMITED

8  GORDON D. McAULEY (SBN: 99932)
     gmcauley@hansonbridgett.com
9  **HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLP**
   333 Market Street, Suite 2300
10 San Francisco, CA 94105-2173
   Telephone: (415) 777-3200
11 Facsimile: (415) 541-9366
   Attorneys for Defendant
12 MENLO WORLDWIDE FORWARDING, INC. fka
   EMERY WORLDWIDE
13

14              **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**
                  **(SAN FRANCISCO DIVISION)**
16

17 AVENTIS PHARMACEUTICALS INC.,        )  CASE NO.: C-04-05028 VRW
   AVENTIS PASTEUR INC. and AVENTIS     )
18 PASTEUR LIMITED,                     )
                                        )
19              Plaintiffs,             )  **STIPULATED DISMISSAL WITHOUT**
                                        )  **PREJUDICE AND [PROPOSED]**
                                        )  **ORDER  [F.R.C.P. 41(a)(1)]**
20              v.                      )
                                        )
21 EMERY WORLDWIDE, a CNF company;      )
   EMERY CUSTOM SERVICES; EMERY         )
22 OCEAN SERVICES; MENLO WORLDWIDE      )
   FORWARDING, INC. fka EMERY AIR       )
23 FREIGHT CORPORATION or EMERY         )
   FORWARDING; EMERY WORLDWIDE          )
24 AIRLINES, INC. and DOES 1 through 20,)
                                        )
25              Defendants.             )
   _____)
26

27      IT IS HEREBY STIPULATED by and between the Plaintiffs AVENTIS

28 PHARMACEUTICALS INC., AVENTIS PASTEUR INC. and AVENTIS PASTEUR LIMITED

                                1

P0630.2005-1602

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1  (collectively "Plaintiffs" or "AVENTIS") and Defendants MENLO WORLDWIDE

2  FORWARDING, INC. fka EMERY WORLDWIDE ; EMERY WORLDWIDE, a CNF

3  company; EMERY CUSTOM SERVICES; EMERY OCEAN SERVICES; MENLO

4  WORLDWIDE FORWARDING, INC. fka EMERY AIR FREIGHT CORPORATION or

5  EMERY FORWARDING; EMERY WORLDWIDE AIRLINES, INC. and its/their successors

6  and assigns (hereinafter "Defendants" or "EMERY") through their counsel of record, and

7  requested that Plaintiff's complaint against Defendants be dismissed without prejudice.

8      Defendants hereby waive and toll any and all applicable limitations of time to file

9  lawsuits against them or their successors and assigns whether by statute, contract, treaty or

10  otherwise for a period of 1 year (365 days) from the date of the signing of the below order by the

11  Court.  Plaintiffs may re-bring and re-file their lawsuit against Defendants in any court of

12  competent jurisdiction within that time period.  Each party preserves all of its/their rights,

13  remedies and defenses under all applicable contracts, terms and conditions, tariffs and/or at law.

14  Defendants expressly preserve their claimed defense that they were not provided timely notice of

15  the loss at issue in this lawsuit.

16      Defendant and Third Party Plaintiff MENLO WORLDWIDE FORWARDING, INC. fka

17  EMERY WORLDWIDE also hereby requests under F.R.C.P. 41(c) the dismissal without

18  prejudice of its Third Party Complaint against Third Party Defendant AIR FRANCE-KLM and

19  AIR FRANCE ("third party defendants" or "AIR FRANCE").  At the time of this filing AIR

20  FRANCE had not been served nor responded to this Third Party Complaint.

21      These dismissals without prejudice leave no other parties to this action.

22      Each party will bear its own attorney's fees and costs in this action.

23
24  Dated:  July 8, 2005                    **LAW OFFICES OF GEORGE W. NOWELL**

25

26                                  By:_____/S/_____
                                        PAUL B. ARENAS
27                                  Attorneys for Plaintiffs
                                    AVENTIS PHARMACEUTICALS INC.,
28                                  AVENTIS PASTEUR INC. and
                                    AVENTIS PASTEUR LIMITED COMPANY

2

**STIPULATED DISMISSAL WITHOUT PREJUDICE & ORDER** (C-04-05028 VRW )

P0630.2005-1602

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

Dated:  July 8, 2005

**HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLP**

By:_____/S/_____
         GORDON D. MCAULEY

Attorneys for defendants
MENLO WORLDWIDE FORWARDING, INC. fka
EMERY WORLDWIDE ; EMERY WORLDWIDE,
a CNF company; EMERY CUSTOM SERVICES;
EMERY OCEAN SERVICES; MENLO
WORLDWIDE FORWARDING, INC. fka EMERY
AIR FREIGHT CORPORATION; EMERY
FORWARDING; EMERY WORLDWIDE
AIRLINES, INC.

IT IS SO ORDERED.

Dated: July  12, 2005

~~[PROPOSED]~~ ORDER

_____
VAUGHN R. WALKER
United States District Court Judge
Northern District of California.

**STIPULATED DISMISSAL WITHOUT PREJUDICE & ORDER  (C-04-05028 VRW )**

P0630.2005-1602